UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OLVERA LUNA,<br>Petitioner,<br>v.<br>E. RICOLCOL, Warden,<br>Respondent. | Case No. 5:25-cv-02116-PA-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: August 19, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE